UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EDWIN D. SIMPSON AND LASHAWNA H. SIMPSON, DEBTORS | { CHAPTER 13<br>{<br>{ CASE NO. A11-50315-BEM<br>{<br>{ JUDGE ELLIS-MONRO |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

The above matter came before the Court on the Chapter 13 Trustee's Motion to Release Funds from the Unclaimed Funds Account of the Clerk of Court, and it appears to the Court that the funds in question should be released to Peach State Federal Credit Union, it is hereby ordered and adjudged as follows:

The Clerk of Court is directed to issue a check in the amount of $1,108.42 made payable to Peach State Federal Credit Union, 1505 Lakes Parkway, Suite 100, Lawrenceville, GA 30043.

Dated this 17th day of October, 2014.

Barbara Ellis-Monro
United States Bankruptcy Judge

Order presented by:

Mary Ida Townson
Chapter 13 Trustee
GA Bar 715063 142397
Suite 2200 - 191 Peachtree St., N.E.
Atlanta, GA 30303-1740